IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID LUKELA KAWELO, SR., ET AL., | ) CIVIL NO. 19-00598 DKW-WRP |
| | ) |
| | ) FINDINGS AND |
| Plaintiff, | ) RECOMMENDATION TO |
| | ) DISMISS THIS ACTION |
| vs. | ) WITHOUT PREJUDICE |
| | ) |
| J.P. MORGAN CHASE BANK, ET AL., ET AL., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

FINDINGS AND RECOMMENDATION TO
<u>DISMISS THIS ACTION WITHOUT PREJUDICE</u>[1]

Plaintiffs filed this action on November 1, 2019. <u>See</u> ECF No. 1. On

March 24, 2020, this Court issued a Deficiency Notice and Order Regarding

Service of Defendants. <u>See</u> ECF No. 7. In that order, the Court gave notice to

Plaintiffs that they must serve the Complaint on Defendants within 30 days and

that failure to do so may result in dismissal of this action for failure to prosecute or

otherwise follow a court order. <u>See id.</u> (citing Fed. R. Civ. P. 41(b), 4(m); <u>In re</u>

<u>Sheehan</u>, 253 F.3d 507, 513 (9th Cir. 2001)).

---

[1] Within fourteen days after a party is served with the Findings and
Recommendation, pursuant to 28 U.S.C. § 636(b)(1), a party may file written
objections in the United States District Court. A party must file any objections
within the fourteen-day period to preserve appellate review of the Findings and
Recommendation.

Plaintiffs did not respond to the Deficiency Notice or file a return of service within the time allowed.  Although Plaintiffs have been given more than five months to complete service, Plaintiffs have not effected service of the Complaint or Summons on Defendants as required under Rule 4 of the Federal Rules of Civil Procedure.  Accordingly, the Court FINDS AND RECOMMENDS that this case be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rule of Civil Procedure.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, APRIL 29, 2020.



_____

Wes Reber Porter
United States Magistrate Judge

**KAWELO, ET AL. v. JP MORGAN CHASE BANK, ET AL.; CIVIL NO. 19-00598 DKW-WRP; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE**